IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| EMILY ZHANG, | * | |
| Plaintiff, | * | Civil No. DKC-13-CV-3898 |
| v. | * | |
| LOCKHEED MARTIN INC., | * | |
| Defendants | * | |

## MOTION TO WITHDRAW REPRESENTATION

The undersigned hereby respectfully moves pursuant to District of Maryland Local Rule 101.2 to withdraw his appearance on the above-stated matter.  The undersigned states the following in support of this motion:

    1. The Maryland Rules of Professional conduct permit an attorney to withdraw from a representation if:

        (1) the representation will result in violation of the Maryland Lawyers' Rules of Professional Conduct or other law;

        (2) the lawyer's physical or mental condition materially impairs the lawyer's ability to represent the client; or

        (3) the lawyer is discharged.

        . . . [and where:]

        (1) withdrawal can be accomplished without material adverse effect on the interests of the client;

    2. On Sunday, March 29, 2015, Plaintiff, Emily Zhang, sent an email terminating undersigned counsel's law firm from representing her in this case.

3. As per Rule 101.2(a), undersigned counsel the very next business day sent to Plaintiff via email and regular mail notice that a motion to withdraw as counsel would be formally made after the seven (7) day notice period, as required.

4. Upon receipt of notice, Plaintiff contacted undersigned counsel, requesting that said motion be made by the close of business today. As such, Plaintiff acknowledged she has been made aware of her options in the case.

5. As such, Plaintiff's counsel respectfully requests this motion be made.

6. Said notice to the Plaintiff stated that he would withdraw as counsel and that the Plaintiff should either have new counsel enter an appearance or advise the Clerk that she will be proceeding without counsel.

7. Plaintiff's last known address is:

14420 William Carr Lane
Centerville, VA 20120

Wherefore, the undersigned respectfully moves this honorable court to permit him to withdraw from the above-referenced case. Should the Court request to see any of the supporting documentation or request a hearing on the matter, the undersigned respectfully requests an in-camera hearing before a Judge not assigned to this case.

By_____/s/_____
Morris E. Fischer, Esq.
Law Office of Morris E. Fischer,
1400 Spring Street
Suite 350
Silver Spring, MD, 20910
(301) 328-7631 phone
(301) 328-7638 fax