IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| EMILY ZHANG | * | |
| | * | |
| v. | * | Civil No. – JFM-13-3898 |
| | * | |
| LOCKHEED MARTIN CORP., ET AL. | * | |

******

## ORDER

Upon consideration of plaintiff's motions to review clerk's order of taxing cost, it is, this 11th day of July 2017

ORDERED that the motions (documents 74 and 76) be denied.

_____
J. Frederick Motz
United States District Judge